STATE OF CONNECTICUT *v.* MARCELINO S.

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 589 (AC 29902), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Carlos E. Candal,* special public defender, in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided February 9, 2010

CATHERINE FARRELL ET AL. *v.* TWENTY-FIRST CENTURY INSURANCE COMPANY

The plaintiffs' petition for certification for appeal from the Appellate Court, 118 Conn. App. 757 (AC 30236), is granted, limited to the following issue:

"Whether the Appellate Court properly affirmed the trial court's grant of summary judgment based on its determination that there was no agreement to arbitrate?"

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18544.

*Campbell D. Barrett* and *Jon T. Kukucka,* in support of the petition.

*Dennis M. Laccavole* and *Andrew M. McPherson,* in opposition.

Decided February 9, 2010